# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

DOUGLAS WALKER,

    Petitioner,

v.                                                                             CASE NO. 1:09cv135-MP-GRJ

WALTER A. MCNEIL,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 8, 2012. (Doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of petitioner's timely filed objections. (Doc. 22).

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, (doc. 1) is DENIED and a certificate of appealability is DENIED pursuant to Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts.

**DONE and ORDERED** this 7th day of August, 2012.

                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**